# MOTION HEARING

| | |
|---|---|
| Date:  10/25/2023 | Judge:         Michael S. Nachmanoff |
| | Reporter:    Diane Salters |
| Start:   2:50 pm | Deputy Clerk: Lynnelle Creek |
| Finish: 3:30 pm | |

**Civil Action Number:  1:23-cv-1421**

**Look Ahead America, Inc.**

vs.

**Jason S. Miyares**

Appearance of Counsel for (✓)Pltf - (Jason Greaves)
                          (✓) Deft- (Dennis Polio/Flora Hazel)

1. Emergency Motion for Preliminary Injunction/Temporary Restraining Order (Dkt.2)

---

Argued &
(  ) Granted   (✓) Denied   (  ) Granted in part/Denied in part
(  ) Taken Under Advisement   (  ) Continued to

---

(  ) Report and Recommendation to Follow
(✓) Order to Follow