IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LOOK AHEAD AMERICA, INC.,
    Plaintiff,

v.

JASON S. MIYARES,
    Defendant.

Case No. 1:23-cv-01421 (MSN/JFA)

## ORDER

This matter comes before the Court on Plaintiff's Motion for Preliminary Injunction (Dkt. 2). Having reviewed the motion, opposition, reply thereto, arguments of counsel, and for the reasons stated in open court, it is hereby

**ORDERED** that Plaintiff's Motion for Preliminary Injunction (Dkt. 2) is **DENIED**.

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
October 25, 2023